**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 432 MAL 2017
:
               Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
MYLES RAMZEE, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.